**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 55 MM 2022
                                  :
              Respondent          :
                                  :
                                  :   Petition for Leave to File Petition for
                                  :   Allowance of Appeal from the Order
         v.                       :   of the Superior Court
                                  :
                                  :
JAMES KEVIN SHATZER,              :
                                  :
              Petitioner          :
                                  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2022, in consideration of the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, this matter is **REMANDED** to the Court of Common Pleas of Franklin County to determine, within 15 days of this order, whether counsel of record, Attorney Eric John Weisbrod, should be permitted to withdraw pursuant Pa.R.Crim.P. 120. If the trial court permits counsel of record to withdraw and determines that Petitioner is entitled to court-appointed counsel, the trial court shall appoint new counsel within 30 days of this order. Finally, either counsel, or Petitioner if proceeding pro se, shall file a Petition for Allowance of Appeal within 90 days of this order. *Commonwealth v. Williams*, 48 A.3d 1243 (Pa. 2012) (*per curiam* order) (remanding petition for leave to file petition for allowance of appeal *nunc pro tunc* for determination of whether counsel should be permitted to withdraw and filing of petition for allowance of appeal).